**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00135-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GARY LYNN STERLING,

      Defendant.

**MINUTE ORDER**[1]

At the oral request of the defendant, and there being no objection by the government, the change of plea hearing set for August 9, 2011, is **VACATED** and is **CONTINUED** to **August 16, 2011**, at 10:30 a.m.

      Dated: August 9, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.